UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Southern Division

GUADALUPE BETANCOURT, Individually,

        Plaintiff,

Case No. 1:11-cv-978

Hon. Gordon J. Quist

v.

GRAND VALLEY HOTEL, LLC, a domestic
limited liability company,

        Defendant.

_____/

**STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE**

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,
On:   April 10, 2012

PRESENT: Hon. Gordon J. Quist
United States District Judge

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

        /s/ Gordon J. Quist
        Hon. Gordon J. Quist
        United States District Judge

-2-

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Nicole L. Mazzocco |
| Pete M. Monismith, Esq. | Joe Sadler (P71829) |
| PETE M. MONISMITH, P.A. | Nicole L. Mazzocco (P72354) |
| 3945 Forbes Ave., #175 | WARNER NORCROSS & JUDD LLP |
| Pittsburgh, Pennsylvania 15213 | 900 Fifth Third Center |
| 724.610.1881 | 111 Lyon Street, N.W. |
| pete@monismithlaw.com | Grand Rapids, Michigan 49503-2487 |
| Attorneys for Plaintiff | 616.752.2000 |
| | nmazzocco@wnj.com |
| Dated:  April 3, 2012 | Attorneys for Defendant |
| | Dated:  April 3, 2012 |

8205593